**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  Case No. 8:17-bk-9566-KRM
  Chapter 13
Daffany Yuccale Prentice,

　　Debtor.
_____/

**MOTION FOR REFERRAL TO**
**MORTGAGE MODIFICATION MEDIATION BETWEEN**
**DEBTOR AND ROUNDPOINT MORTGAGE SERVICING CORPORATION**
(Property Address: 10440 Hallmark Blvd Riverview, FL 33578)

COMES NOW, Debtor, Daffany Yuccale Prentice, by and through her undersigned counsel and hereby files her Motion for Referral to Mortgage Modification Mediation between Debtor and Roundpoint Mortgage Servicing Corporation. (hereinafter referred to as "ROUNDPOINT"), and states:

1. Debtor filed her Chapter 13 case in an attempt to retain her primary residence.

2. Debtor owns real property located at 10440 Hallmark Blvd Riverview, FL 33578, (the "Real Property").

3. The Real Property is encumbered by one (1) mortgage. ROUNDPOINT is the dedicated agent servicing the mortgage on Debtors' Real Property, loan account number: xxxxxxxx0902.

4. Debtor would like to modify the terms of the mortgage with ROUNDPOINT, which encumbers her primary residence. Debtor's income would allow her to contribute as much as thirty-one percent (31%) of her current gross monthly income to payment of the modified mortgage debt.

5. Mediation, pursuant to Local Rule 9019-2, will assist the parties in negotiation of modification of the relevant mortgage.

6. Debtor and Lender will each pay $250.00 to the Mediator within seven (7) days of mediator selection and will equally pay for any additional hourly fees.

WHEREFORE, Debtor, Daffany Yuccale Prentice, requests entry of an Order referring this case to mediation and for such other and further relief as this court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the following parties either by electronic mail or by first class U. S. Mail: U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Kelly Remick, Chapter 13 Trustee, Post Office Box 6099, Sun City Center, FL 33571, Jason A Weber, Esq., Sirote and Permutt, P.C., Counsel for Mortgage Holder, 200 East Broward Blvd, Suite 900, Ft Lauderdale, FL 33301, jweber@sirote.com, Daffany Y. Prentice, 10440 Hallmark Blvd, Riverview, FL 33578, and by certified mail, to Kevin Brungardt, CEO, RoundPoint Mortgage Servicing Corporation, 5032 Parkway Plaza Boulevard, Charlotte, North Carolina 28217, on the 30th day of November, 2017.

/s/ Robert M. Geller
Robert M. Geller, Esq.
FL Bar No. 588105
Law Offices of Robert M. Geller, P.A.
807 W. Azeele Street
Tampa, Florida  33606
Phone: (813) 254-7687
E-mail:  rmgbk@verizon.net
Attorney for Debtors