ORDERED.

Dated: September 03, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Daffany Yuccale Prentice

    Debtor.
_____/

Case No. 8:17-bk-09566-RCT
Chapter 7

**ORDER GRANTING TRUSTEE'S MOTION TO**
**COMPEL DEBTOR TO TURNOVER PROPERTY OF THE ESTATE**

THIS CASE come on for consideration of the Trustee's Motion to Compel Debtor to Turnover Property of the Estate (Doc. 63), filed by Carolyn R. Chaney, Trustee. There being no response filed to the motion in accord with the negative notice provisions of Local Rule 2002-4, the court deems the motion to be unopposed. Accordingly, it is

**ORDERED:**

1. The Trustee's Motion to Compel Debtor to Turnover Property of the Estate (Doc. 63) is Granted.

2. Debtor shall surrender and vacate the real property located at 10440 Hallmark Blvd., Riverview, FL 33578 (the "Property") by no later than 12:00 p.m. on Wednesday, September 11, 2019.

       3.       To vacate the Property to the satisfaction of the court, the Debtor shall remove her person, those persons in her charge, and her personal property from the Property, and otherwise leave the Property in vacant, broom swept condition.

       4.       Failure by the Debtor to duly or timely vacate the Property shall constitute a violation of this Order. To that end, the court reserves jurisdiction under 11 U.S.C. § 105 to consider any motion for order to show cause why the Debtor should not be held in contempt of the court for the failure to abide by this Order.

Trustee Carolyn Chaney is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.